NOTE CHANGES MADE BY THE COURT

E-FILED: 12/07/2016
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIIVIVA, LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16−cv−01136−PSG−JPR<br><br>**[PROPOSED]** FINAL JUDGMENT<br><br>**Honorable Philip S. Gutierrez** |

In light of Plaintiff's Motion for Entry of Default and Default Judgment against Defendant Riiviva, LLC, and good cause having been shown, the Court hereby enters final judgment in this matter as follows:

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

(1) Defendant Riiviva, LLC ("Defendant") shall pay Altair $32,940.74; and

(2) ~~Defendant, and all persons or entities acting in concert or participation with Defendant, are hereby permanently enjoined, until Altair's United States patent no. 6,241,739 (the "'739 patent") expires, from making, using, selling, offering to sell, or importing into~~ the Unites States, any

1  ~~device that infringes one or more claims of the '739 patent, including~~
2  ~~the device that is the subject of this action and is shown, for example,~~
3  ~~in **Exhibit A** hereto;~~
4  ~~*[or, alternatively, instead of a permanent injunction]*~~

5  (2)  Defendant shall pay Altair 13% of the gross amount received for the
6       sale of any device that would infringe the '739 patent, including but not
7       limited to the device shown in Exhibit A hereto.

8  **IT IS SO ORDERED, ADJUDGED, AND DECREED**.

11 Dated: __12/7/16_____        __PHILIP S. GUTIERREZ__
12                                            United States District Court Judge